United States District Court
Middle District of Florida
Fort Myers Division

FILED
2022 MAR 15 PM 2:33
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Johnathan Bryan Octavien
Petitioner

vs.

State of Florida
Respondent

Case No: 2:22-CV-168-SPC-MRM

## Writ of Habeas Corpus

Comes now, the Petitioner, Pro Se to move this Honorable Court in the above style, and following grounds:

1) The petitioner is a Defendant in 21-CF-016587, 21-CF-016578, 21-CF-001361 these cases are filed in the Lee County Clerk of Courts.

2) The petitioner has been charged, and was arrested for an alleged Fleeing and Alluding by the Cape Coral Police that allegedly took place on November 2nd, 2021. A warrant was acquired on November 3rd, 2021 for his arrest. The Honorable Judge Swift signed the warrant based off of multiple affidavits by Cape Coral Police Officers alleging they seen the petitioner driving the 2020 Alpha Romeo. Tag# QFJ86
One Officer's Affidavit only alleges he seen a "Black male" SEE Exhibit A - Detective Livingston's Affidavit.

3) The petitioner's Probation was violated due to the illegal arrest for Fleeing and Alluding warrant, and a Search Warrant was Acquired for the Residence of the petitioner once he was in custody. The Search Warrant was Also signed by the Honorable Judge Swift.

4) The petitioner was questioned by Detective Daniel Rush in the Cape Coral Police Department. The Statement has been withheld by the State Attorneys Office, and Provides exhonerating evidence proving the Cape Coral Police were not sure who was driving the 2020 Alpha Romeo on November 2nd, 2021. Text messages were shown to Detective Daniel Rush that provided evidence to him he was home during the Alleged Fleeing And Alluding.

5) The petitioner alleges the Alpha Romeo was a Rental car from Miami, and could have easily been traced by the Cape Coral Police due to the tag information gained during the Alleged "Fleeing and Alluding". The Receipt of who signed out the Rental would show the petitioner did not make the purchase and would have lead them to the true driver of the vehicle on November 2nd, 2021.

6) Younger v. Harris, 401 U.S. 37, 45 (1971) (Stating "Absent extraordinary circumstances" federal court should not enjoin state criminal proceedings)
However, the petitioner has provided reasons for this

Court to overlook the Abstention principle.

## Relief Sought

Whereas, the State Attorneys Office has willfully committed a Brady violation to withold the petitioners statement. The Cape Coral Police Reports also show nothing of a statement because they knew they had the wrong person in custody for the fleeing and Alluding.

The Cape Coral Police are notorious for gaining illegal convictions in collusion with the State Attorneys Office. The statement being witheld will infact show Detective Daniel Rush Asking "We are pretty sure it was you driving, if not it was your brother or cousin". The petitioner and his brother look Alike, the vehicle in question was Rented by his brother as the Receipt would show. The text messages Read by Detective Daniel Rush And tracking of positioning of the petitioners phone would show he wasn't in the vehicle.

The Cape Coral Police discovered After they gained a Warrant for the petitioner that it was not him driving or in the 2020 Alpha Romeo on November 2nd, 2021. The only concern by the State of Florida is to cover up the egregious error by the Cape Coral Police, And force him to plea out by holding him illegally, And send him to prison for Vop.

Several people live in the home who are not convicted Felons, And Ammunition was found in the search of the home. But in no form could the State of Florida

Place it in constructive possession of the petitioner. So After the illegal Warrant for Fleeing and Alluding And wrongful Search of the Residence based off the Fruit of the poisonous tree, a conviction in the case would be illegal and knowingly so based off the exhonerating information, not being presented to the Courts Intentionally.

Therefore, this Court must intervene. The Defendants Attorney has known who was driving the 2020 Alpha Romeo since December 6th, 2021, And the only Avenue at this time is to petition this Court to Order his Release based off the information provided herein.

### Certificate of Service

I HEREBY Certify that a true, and correct copy of this Writ under the Laws of perjury in the State of Florida has been mailed out on this 12 day of March 2022 to the United States District Court 2110 First Street Fort Myers, Florida 33901

Johnattan octavien
Johnattan B. Octavien
03/12/22 #358331